## ERIE INSURANCE PROPERTY & CASUALTY COMPANY, Plaintiff–Appellee,

v.

## Harry E. WALKUP, Jr., Defendant–Appellant.

### No. 02–1295.

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 6, 2002.

Harry E. Walkup, Jr., Appellant Pro Se. Kermit J. Moore, Brewster, Morhous & Cameron, Bluefield, West Virginia, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Harry E. Walkup, Jr., appeals the district court's order granting summary judgment for Erie Insurance Property and Casualty Company in its civil action against Walkup. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Erie Ins. Property & Cas. Co. v. Walkup*, No. CA–01–513 (S.D.W.Va. Feb. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*